IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | | |
|---|---|---|
| **APRIL AGEE, ET AL.** | § | **PLAINTIFFS** |
| | § | |
| **VS.** | § | **CASE NO. 2:07CV1010-KS-MTP** |
| | § | |
| **WAYNE FARMS LLC** | § | **DEFENDANT** |
| | § | |
| <u>CONSOLIDATED WITH</u> | § | |
| | § | |
| **EULA M. KEYES, ET AL.** | § | **PLAINTIFFS** |
| | § | |
| **VS.** | § | **CASE NO. 2:07CV1011-MTP** |
| | § | |
| **WAYNE FARMS LLC** | § | **DEFENDANT** |

## <u>DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>
## <u>(PERSONAL TIME ADEQUATE)</u>

COMES NOW Wayne Farms LLC, moving the Court to enter partial summary judgment dismissing with prejudice 17 (2%) of our 839 Plaintiffs who initially disclosed facts that defeat their FLSA overtime claims.  In support of this Motion, Wayne Farms would show:

    1.    This case contests a specific pay practice – *i.e.*, use of a master time card to track the work hours of people assigned to a processing line.  Plaintiffs complain that this practice fails to capture time spent in work done away from the line, before and after work done on the line.  The complaints ignore Wayne Farms' practice of paying six extra daily minutes – called "Personal Time" – to such workers.   See each Plaintiffs' hours and earnings history listed in the chart below, which shows the amount of Personal Time paid to each Plaintiff under the personal time hours "PTHrs" and personal time earnings "PTEarn" columns.  The Hours and Earnings Histories are drawn from employment records that Wayne Farms has produced to Plaintiffs, and that are stipulated to be authentic.  See Business Records Stipulation, Doc. 25, 2:07md1872.  The

Declaration of Benny Bishop, attached hereto as Exhibit 3, and the Declaration of Debbie Falls, attached as Exhibit 4, also attest to the practice of paying an additional six minutes per day of "Personal Time."

2.  Wayne Farms adds another five paid minutes to each day by giving Laurel plant employees a thirty-five minute lunch break, while deducting only thirty of those minutes from paid time.  See Exhibit 5, Laurel Union Contract 11/17/03-11/17/06, Art. XXIV, Sec. 4 (LRL000094), and Exhibit 6, Laurel Union Contract 11/18/06-11/18/09, Art. XXIV, Sec. 4 (LRL031694).  The Declaration of Benny Bishop, Ex. 3, and the Declaration of Debbie Falls, Ex. 4, attest to this practice as well.

3.  Thus, altogether, Wayne Farms has paid these Plaintiffs an extra eleven minutes per day for "Personal Time."  Though the complaints ignore these eleven daily minutes, they are not subject to genuine dispute.

4.  Each of the Plaintiffs listed in the table below made initial disclosures specifying the number of daily minutes – 12 or less – worked away from the line, outside the hours captured by the master time card.   None credited Wayne Farms with the extra eleven daily minutes that Wayne Farms paid.  See Exhibit 1 Plaintiffs' Fifth Supplemental Initial Disclosures.

5.  Assuming the truth of these Plaintiffs' factual assertions, Wayne Farms already has met its obligation to pay for the minutes claimed.   Therefore, these Plaintiffs should be dismissed based their admissions in the initial disclosures:

|    | **Name**              | **Overtime Minutes Per Day Alleged in Initial Disclosure**[1] | **Hours & Earnings History**[2]          |
|----|-----------------------|---------------------------------------------------------------|------------------------------------------|
| 1  | Allen, Cassillie      | 10                                                            | LRL034036 – LRL034037 (Ex. 2, p. 1-2)    |
| 2  | Barnett, Debora[3]    | 10                                                            | LRL034107 – LRL034109 (Ex. 2, p. 3-5)    |
| 3  | Bridges, Anthony      | 6                                                             | LRL034215 – LRL034217 (Ex. 2, p. 6-8)    |
| 4  | Brown, Sevetrium      | 10                                                            | LRL034230 – LRL034232 (Ex. 2, p. 9-11)   |
| 5  | Clayton, David        | 10                                                            | LRL034314 – LRL034315 (Ex. 2, p. 12-13)  |
| 6  | Crosby, Keisha        | 10                                                            | LRL034414 – LRL034417 (Ex. 2, p. 14-17)  |
| 7  | Cunningham, Annie     | 12                                                            | LRL034425 – LRL034428 (Ex. 2, p. 18-21)  |
| 8  | Dawkins, Ceola        | 5                                                             | LRL034460 – LRL034462 (Ex. 2, p. 22-24)  |
| 9  | Evans, Errie          | 12                                                            | LRL034558 – LRL034560 (Ex. 2, p. 25-27)  |
| 10 | Heard, Jacqueline     | 10                                                            | LRL034759 – LRL034760 (Ex. 2, p. 28-29)  |
| 11 | Malley, Lakya         | 10                                                            | LRL035165 – LRL035167 (Ex. 2, p. 30-32)  |
| 12 | Newell, Cecelia       | 12                                                            | LRL035369 – LRL035370 (Ex. 2, p. 33-34)  |
| 13 | Payton, Willie D., Jr.| 10                                                            | LRL035443 – LRL035445 (Ex. 2, p. 35-37)  |
| 14 | Pruitt, Bobbie Jean   | 10                                                            | LRL035520 – LRL035523 (Ex. 2, p. 38-41)  |
| 15 | Taylor, April         | 12                                                            | LRL035716 – LRL035718 (Ex. 2, p.. 42-44) |
| 16 | Vale, Natasha         | 12                                                            | LRL035784 – LRL035785 (Ex. 2, p. 45-46)  |

---

[1] *See* Exhibit 1 Plaintiffs' Fifth Supplemental Initial Disclosures.

[2] Each Hours & Earnings History shows the amount of Personal Time paid to each Plaintiff under the personal time hours "PTHrs" and personal time earnings "PTEarn" columns. The hours and earnings history shows weekly hours, so 0.5 of an hour is 30 minutes per week, or 6 minutes per day.

[3] Ms. Barnett also produced several of her Earnings Statements from Wayne Farms. On each statement, there is a line labeled Personal Time with 0.50 hours credited to Ms. Barnett each week. See Plaintiff's Doc. AGEE-LRL-BARNETT-1 – 20, attached hereto as Exhibit 7.

|    | **Name** | **Overtime Minutes Per Day Alleged in Initial Disclosure**[1] | **Hours & Earnings History**[2] |
|----|----------|---------------------------------------------------------------|----------------------------------|
| 17 | Watson, Latasha | 12 | LRL035820 – LRL035821 (Ex. 2, p. 47-48) |

WHEREFORE, Wayne Farms LLC moves the Court to enter partial summary judgment dismissing these 17 Plaintiffs from these actions, with prejudice, taxing to them all related costs.

Respectfully submitted this the 15th day of October, 2008.

        WAYNE FARMS LLC

        BY: BALCH & BINGHAM LLP

        s/Anne Harlan Latino
        Anne Harlan Latino (102807)
        R. Pepper Crutcher, Jr. (7921)
        Attorney for Defendant
        Balch & Bingham LLP
        Telephone (601) 965-8158
        pcrutcher@balch.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

William S. Hommel, Jr.
3304 South Broadway Avenue
Tyler, Texas 75701-7818

Robert L. Salim
1762 Texas Street
Natchitoches, LA 71457

Richard Celler
Morgan & Morgan
7450 Griffin Road, Suite 230
Davie, Florida 33314

Mike Espy
Lamar Life Building
317 E. Capitol Street, Suite 101
Jackson, MS 39201

                                                  s/Anne Harlan Latino
                                                  Of Counsel